766

No. 642. THOMAS *v.* UNITED STATES; and

No. 643. THOMAS *v.* ROSSETTER ET AL. February 15, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioner. *Mr. Isaac E. Ferguson* for respondents in No. 643. *Mr. Charles Liebman* filed a brief on behalf of the Chicago Civil Liberties Committee, as *amicus curiae,* in support of the petition.

No. 606. BUCHALTER *v.* NEW YORK.

No. 610. WEISS *v.* NEW YORK.

No. 619. CAPONE *v.* NEW YORK.

February 15, 1943.

MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Messrs. I. Maurice Wormser, J. Bertram Wegman,* and *Jesse Climenko* for petitioner in No. 606. *Messrs. Arthur Garfield Hays, Alfred J. Talley, John Schulman,* and *Gerald Weatherly* for petitioner in No. 610. *Messrs. Sydney Rosenthal* and *Benj. J. Jacobson* for petitioner in No. 619. *Messrs. Thomas Cradock Hughes, Henry J. Walsh,* and *Solomon A. Klein* for respondent. See *post,* p. 797.